UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-82052-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

    Plaintiff,

v.

IT'Sugar LLC,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on November 17, 2020. (DE 5). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED AND ADJUDGED** that:

    (1) This case is **DISMISSED WITHOUT PREJUDICE**.

    (2) The Clerk of Court shall **CLOSE THIS CASE**.

    (3) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 18th day of November, 2020.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record